IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOHNNY C. JOHNSON and      )
CAROLYN G. JOHNSON,        )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )     1:09cv936-MHT
                           )         (WO)
ACA FINANCIAL SERVICES,    )
INC., a domestic           )
corporation, et al.,       )
                           )
     Defendants.           )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 9), it is the ORDER, JUDGMENT, and DECREE of the court that defendant CitiFinancial Corporation, Inc. and the claims against it are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of November, 2009.

                                   /s/ Myron H. Thompson   
                                UNITED STATES DISTRICT JUDGE