IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY C. JOHNSON and CAROLYN G. JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:09cv936-MHT (WO) |
| ACA FINANCIAL SERVICES, INC., a domestic corporation, et al., | ) ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the notice of voluntary dismissal (Doc. No. 18), it is the ORDER, JUDGMENT, and DECREE of the court that defendant ACA Financial Services and the claims against it are dismissed with prejudice, with the parties to bear their own attorneys' fees, costs, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of December, 2009.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE