IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY C. JOHNSON and<br>CAROLYN G. JOHNSON, | )<br>)<br>) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:09cv936-MHT |
| | ) | (WO) |
| ACA FINANCIAL SERVICES,<br>INC., a domestic<br>corporation, et al., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the notice of dismissal (Doc. No. 22), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Equifax Information Services, LLC and the claims against it are dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of January, 2010.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE